

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

HECTOR MARTINEZ, § No. 08-13-00363-CR

Appellant, § Appeal from the

v. § 409th District Court

THE STATE OF TEXAS, § of El Paso County, Texas

State. § (TC# 20100D00750)

§

**O R D E R**

The Court GRANTS Natalie Martinez's fourth request for an extension of time within which to file the Reporter's Record until **June 27, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Natalie Martinez, Official Court Reporter for the 409th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before June 27, 2014.

IT IS SO ORDERED this 18th day of June, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.